STATE of Missouri, Respondent,

v.

Sheryl L. WYRECK–HAAKE,
Appellant.

No. WD 59803.

Missouri Court of Appeals,
Western District.

June 11, 2002.

Motion for Rehearing and/or Transfer to Supreme Court Denied July 25, 2002.

Application for Transfer Sustained
Jan. 28, 2003.

Case Retransferred Jan. 28, 2003.

Court of Appeals Opinion Readopted
Feb. 10, 2003.

Jeannie Willibey, Assistant State Public Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Karen L. Kramer, Asst. Atty. Gen., Jefferson City, for respondent.

Before PAUL M. SPINDEN, Chief Judge, ROBERT G. ULRICH, Judge and EDWIN H. SMITH, Judge.

**ORDER**

Sheryl Wyreck–Haake appeals the motion court's judgment denying her motion to vacate judgment and sentence pursuant to Rule 24.035. We affirm. Rule 84.16(b).